

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO,
EASTERN DIVISION

| | | |
|---|---|---|
| KATHLEEN M. BOWMAN, et al | * | CASE NO. 1:02CV257 |
| | * | 1:02CV336 |
| Plaintiffs | * | 1:02CV399 |
| | * | |
| | * | JUDGE KATHLEEN O'MALLEY |
| vs. | * | |
| | * | |
| COUNTY OF CUYAHOGA, et al | * | |
| | * | **PLAINTIFF'S MOTION** |
| | * | **TO AMEND AND CORRECT** |
| | * | **THE RECORD** |
| Defendants | * | |

Now comes the Plaintiff, Kathleen Bowman, and hereby moves this Court for an order amending and correcting the record as reflected in the Court's <u>Memorandum and Order</u> issued on September 30, 2004.

As is stated in the attached Affidavit of the Plaintiff, she was <u>not</u> released with the other parties after the initial arrest. In fact, she remained incarcerated continuously until May. Further, her

ultimate release from incarceration was delayed an additional five days because of confusion relating to her initial Two Million Dollars bond.

Therefore, Plaintiff, Kathleen Bowman, would request this Court to Amend its <u>Memorandum and Order</u> to clarify and correct the facts as they relate to her.

Respectfully submitted,

ATTORNEY FOR PLAINTIFF    PAUL M. KAUFMAN, ESQ. [0000690]
801 Terminal Tower
50 Public Square
Cleveland, Ohio  44113-2203
TEL: 216/696-8200
Fax: 216/696-6364
E-M: *Paulmkaufmanlaw@aol.com*

**SERVICE**

Copies of the foregoing were mailed this __18__ day of October, 2004, to Counsel of Records, addressed:

Counsel for Defendant Cuyahoga County:

> Christopher J. Russ, Esq.
> The Justice Center-Courts Tower
> 1200 Ontario Street, 8th Floor
> Cleveland, Ohio 44113

Counsel for Defendant: Tracy Mora:

> Dale F. Pelzocy, Esq.
> 34535 Appleview Way
> Solon, Ohio 44139

ATTORNEY FOR PLAINTIFF
PAUL M. KAUFMAN, ESQ. [0000690]
801 Terminal Tower
50 Public Square
Cleveland, Ohio 44113-2203
TEL: 216/696-8200
FAX: 216/696-6364
E-M: *Paulmkaufmanlaw@aol.com*